UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GERARD JACKSON,**

    **Plaintiff**

**v.**          **CASE NO. 4:22-CV-01221-MWB**

**VIBRANT HEALTHCARE, LLC,**

    **Defendant.**

---

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Vibrant Healthcare, LLC, by and through undersigned counsel, hereby files this corporate disclosure statement pursuant to Rule 7.1, Fed.R.Civ.P., as follows:

1. Vibrant Healthcare, LLC hereby discloses pursuant to Rule 7.1, Fed.R.Civ.P. that no parent corporation or any publicly held corporation owns 10% or more of its stock.

RESPECTFULLY FILED this 13th day of November, 2022.


     */s/James K. Jones*
James K. Jones, Esq.
Pennsylvania Bar No. 39031
CUNNINGHAM, CHERNICOFF & WARSHAWSKY, PC
2320 North Second Street
P.O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570 x-233
(717) 238-4809 - fax
jkj@cclawpc.com
Counsel for Defendant


     */s/Mark S. Thomas*
Mark S. Thomas, Esq.
Admitted *Pro Hac Vice*
Florida Bar No. 0001716
THOMAS HEALTH LAW GROUP, P.A.
5200 SW 91st Terrace, Suite 101-B
Gainesville, FL 32608
(352) 372-9990 (office)
(855) 629-7101 (fax)
mark@thomashlg.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the forgoing has been furnished via the Court's electronic pleadings platform to all counsel of record.


     */s/Mark S. Thomas*
Mark S. Thomas