# I N V O I C E

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1108856 | 7/28/2023 | 998324 |
| **Job Date** | **Case No.** | |
| 7/17/2023 | 422CV01221MWB | |

| Case Name |
|---|
| Gerard Jackson v. Vibrant Healthcare, LLC |

| Payment Terms |
|---|
| Due upon receipt |

Anthony Paronich, Esq.
Paronich Law, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043

---

Sarah Waggoner

| | | | | |
|---|---|---|---|---|
| Certificate of Non Appearance | 1.00 | @ | 200.000 | 200.00 |
| Attendance Fee | 1.00 | @ | 75.000 | 75.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 45.000 | 45.00 |
| MLV Connect | 1.00  Access | @ | 35.000 | 35.00 |

**TOTAL DUE   >>>                               $355.00**

Location of Job    : VIRTUAL
                     CONFIRMED, UT

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Anthony Paronich, Esq.
Paronich Law, P.C
350 Lincoln Street, Suite 2400
Hingham, MA 02043

| | | | |
|---|---|---|---|
| Job No. | : 998324 | BU ID | : PHILA |
| Case No. | : 422CV01221MWB | | |
| Case Name | : Gerard Jackson v. Vibrant Healthcare, LLC | | |
| Invoice No. | : 1108856 | Invoice Date | : 7/28/2023 |
| **Total Due** | : **$355.00** | | |

Remit To:  **Magna Legal Services LLC**
           **P.O. Box 822804**
           **Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: