<b>UNITED STATES DISTRICT COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</b>

**GERARD JACKSON,**

    **Plaintiff**

**v.**                              **CASE NO. 4:22-CV-01221-MWB**

**VIBRANT HEALTHCARE, LLC,**

    **Defendant.**

<b><u>MOTION FOR WITHDRAWAL OF DEFENDANT'S COUNSEL</u></b>

The undersigned *pro hac vice* counsel for Defendant Vibrant Healthcare, LLC ("Vibrant") moves the Court to withdraw from representation of Vibrant in the above-cited case pursuant to L.R. 83.15. The undersigned has provided written notice to Vibrant as to said withdrawal. Vibrant will continue to be extremely-well represented by co-counsel, James K. Jones, Esq:

James K. Jones, Esq.
Pennsylvania Bar No. 39031
CUNNINGHAM, CHERNICOFF & WARSHAWSKY, PC
2320 North Second Street
P.O. Box 60457
Harrisburg, PA  17106-0457
(717) 238-6570 x-233
(717) 238-4809 - fax
jkj@cclawpc.com
Counsel for Defendant

RESPECTFULLY SUBMITTED this 19th day of August, 2023.

_____/Mark S. Thomas/_____
Mark S. Thomas
Admitted *Pro Hac Vice*
Florida Bar No. 0001716
Thomas Health Law Group, P.A.
5200 SW 91st Terrace, Suite 101-B
Gainesville, FL 32608
(352) 372-9990 (office)
(855) 629-7101 (fax)
mark@thomashlg.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been furnished via the Court's CM/ECF electronic mail this 19th day of August, 2023 to all counsel of record.

_____/s/Mark S. Thomas_____
Mark S. Thomas