# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

April 19, 2024

**VIA ECF**

Chief Judge Matthew W. Brann
United States District Court Middle District of Pennsylvania

> **Re:**   **Jackson v. Vibrant Healthcare, LLC**
>    **Civil Action No. 22-cv-1221**

Dear Judge Brann,

Our firm represents the plaintiff in the above-referenced matter and we are writing to the Court following the April 12, 2024 status conference. *See* ECF No. 47. The Plaintiff is writing to report that the parties have resolved their discovery dispute and are also going to be submitting a joint motion for extension of the discovery deadline and subsequent class certification motion filing to June 28, 2024.

Respectfully Submitted,

*/s/ Anthony I. Paronich*

Anthony I. Paronich

cc:  All Counsel of Record (Via ECF)